CROWELL CORP., Appellant, v. MERRIE PAPER CO., INC., Respondent.—

Concur — Eager, J. P., McGivern, Tilzer and Macken, JJ.